**FILED**

NOV 0 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10
11                                    )    CASE NO. 1:11CR375 AWI
12  UNITED STATES,                    )
                                      )
13          Plaintiff,                )
                                      )    ORDER TO UNSEAL
14      v.                            )    INDICTMENT
                                      )
15  GONZALO FLORES RUIZ,              )
                                      )
16          Defendant.                )
    _____   )
17
18
19       This Indictment was sealed by Order of this Court pursuant
20  to Rule 6(e) of the Federal Rules of Criminal Procedure.
21       IT IS HEREBY ORDERED that the case be unsealed and be made
22  public record.
23  DATED: //-4-11              _____
                                HON. LAWRENCE J. O'NEILL
24                              United States District Judge
25
26
27
28