1   DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2   RACHEL W. HILL, Bar #151522
     Assistant Federal Defender
3   Designated Counsel for Service
     2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
     Telephone: (559) 487-5561
5

6   Attorney for Defendant
     GONZALO FLORES-RUIZ

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )   No. 1:11-CR-00375 AWI
                                     )
12           *Plaintiff,*        )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING; ORDER
13    v.                            )
                                     )
14   GONZALO FLORES-RUIZ,       )   Date : March 12, 2012
                                     )   Time: 9:00 A.M.
15           *Defendant.*      )   Judge: Hon. Anthony W. Ishii
   _____ )
16

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorneys of record herein, that the status conference in the above-entitled matter scheduled for January 3,

19 2012, **may be continued to March 12, 2012, at 9:00 A.M.**

20       This is the first status conference in these proceedings. Initial and voluminous discovery has

21 recently been received from the government. This continuance is requested by defense counsel because

22 counsel needs time to review, organize and discuss the discovery with client, who is presently housed at

23 the Lerdo Detention Facility, before any productive hearing can be had. AUSA Laurel Montoya has no

24 objection to this request. The requested continuance will conserve time and resources for both counsel

25 and the court.

26 ///

27 ///

28 ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2   justice, including but not limited to, the need for the period of time set forth herein for further defense

3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

4                                                       BENJAMIN B. WAGNER
                                                        United States Attorney
5

6   DATED: December 28, 2011                           /s/ Laurel Montoya
                                                        LAUREL MONTOYA
7                                                       Assistant United States Attorney
                                                        Attorney for Plaintiff
8

9                                                       DANIEL J. BRODERICK
                                                        Federal Defender
10

11  DATED: December 28, 2011                           /s/ Rachel W. Hill
                                                        RACHEL W. HILL
12                                                      Assistant Federal Defender
                                                        Attorney for Defendant
13                                                      GONZALO FLORES-RUIZ

14

15                                  **O R D E R**

16

17

18

19  IT IS SO ORDERED.

20  Dated:    December 29, 2011
                                              _____
21                                            CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28  Stipulation to Continue Status Conference
    Hearing; Order                            2