ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, GONZALO RUIZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00375 DLB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| GONZALO RUIZ, | ) | |
| Defendant. | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference in the instant action, currently calendared for May 14, 2012, be continued to June 11, 2012 at 1:00 p.m. in the courtroom of the Hon. Dennis L. Beck.

On May 9, 2012, the government extended a conditional offer. The requested continuance will afford sufficient time for confirmation of said offer, analysis, negotiations, as appropriate and allow defense counsel to make arrangements for transportation of his client from Lerdo to Fresno to review the anticipated plea memorandum.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

DATED: May 10, 2012         /s/ Laurel J. Montoya
                            LAUREL J. MONTOYA
                            Assistant United States Attorney
                            **This was agreed to by Ms. Montoya via email on May 10, 2012**

1

DATED: May 10, 2012               /s/ Roger K. Litman
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  GONZALO RUIZ

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012 to, and including, June 11, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  May 10, 2012                    /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE