ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, GONZALO RUIZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:11-CR-00375 DLB |
|         Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
|     v. | ) | **ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE** |
| GONZALO RUIZ, | ) | |
|         Defendant. | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference in the instant action, currently calendared for June 11, 2012, be continued to July 23, 2012 at 1:00 p.m. in the courtroom of the Hon. Dennis L. Beck.

The parties negotiations have reached the point where, on June 6, 2012, the defense received a firm offer from the government.  The offer will be transmitted this date to Mr. Flores-Ruiz who is housed at the Lerdo facility. Defense counsel will be unable to meet with his client until the week of June 18, 2012.

It is anticipated that the additional time requested will afford the defense sufficient time to properly analyze the offer, to discuss the same and to conclude negotiations with the government.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

1

1   Interests of the defendant outweigh the interests of the public with the good

2   cause finding.

3

4   DATED:  June 7, 2012                    /s/ Laurel J. Montoya          __
                                           LAUREL J. MONTOYA
5                                          Assistant United States Attorney
                                           **This was agreed to by Ms. Montoya**
6                                          **via email on June 6, 2012**

7
    DATED:  June 7, 2012                    /s/ Roger K. Litman          __
8                                          ROGER K. LITMAN
                                           Attorney for Defendant
9                                          GONZALO RUIZ

10

11

12      IT IS SO ORDERED.

13         **Dated:   June 7, 2012**            /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2