ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, GONZALO RUIZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00375 AWI |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| GONZALO RUIZ, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing hearing in the instant action, currently calendared for March 25, 2013, be continued to April 8, 2013 at 10:00 a.m. in the courtroom of the Hon. Anthony W. Ishii.

The continuance is based on the defense's need for additional time to prepare for sentencing.  The draft probation report was timely mailed to Mr. Flores-Ruiz at the Lerdo facility.  The envelope containing the draft PSR was returned to defense counsel with a note that the defendant was "not in custody."  Calls to the Marshal's Office, and to the Lerdo facility, revealed that Mr. Flores-Ruiz' booking number was changed when he was returned to Lerdo from the hospital.

The additional time will afford defense counsel an opportunity to meet with Mr. Flores-Ruiz to determine the accuracy of the many details in the draft PSR in order that it can be determined whether any informal or formal

1

1  objections are needed.

2      The parties also agree that any delay resulting from this continuance shall
3  be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).
4  Interests of the defendant outweigh the interests of the public with the good
5  cause finding.

7  DATED: March 12, 2013      /s/ Laurel J. Montoya
    LAUREL J. MONTOYA
8      Assistant United States Attorney
    **This was agreed to by Ms. Montoya**
9      **via email on March 12, 2013**

11 DATED: March 12, 2013      /s/ Roger K. Litman
    ROGER K. LITMAN
    Attorney for Defendant
12     GONZALO RUIZ

14 IT IS SO ORDERED.

15 Dated:   March 12, 2013

16                           SENIOR DISTRICT JUDGE

2