1 ROGER K. LITMAN, 57634
Attorney at Law
2 Civic Center Square
2300 Tulare Street, Suite 230
3 Fresno, California 93721
Telephone: (559) 237-6000
4
Attorney for Defendant, GONZALO RUIZ
5

6

7                IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9 UNITED STATES OF AMERICA,          )     CASE NO.  1:11-CR-00375 AWI
                                     )
10        Plaintiff,                 )
                                     )     **STIPULATION AND**
11     v.                            )     **ORDER TO CONTINUE**
                                     )     **SENTENCING HEARING**
12 GONZALO RUIZ,                     )
                                     )
13        Defendant.                 )
   _____ )
14
       The parties hereto, by and through their respective attorneys, stipulate and
15
agree that the sentencing hearing in the instant action, currently calendared for
16
April 8, 2013, be continued to April 15, 2013 at 10:00 a.m. in the courtroom of the
17
Hon. Anthony W. Ishii.
18
       The continuance is based on the defense's need for additional time to
19
prepare for sentencing.  Due to logistical challenges due to Mr. Flores-Ruiz'
20
housing at the Lerdo facility, defense counsel was not able to review the
21
probation report with him until March 27, 2013
22
       The additional time will afford defense counsel an opportunity to discuss
23
facts provided by Mr. Flores-Ruiz with the probation officer, who is on vacation
24
this week.  In addition, the requested continuance will afford defense counsel
25
sufficient time to file a timely sentencing memorandum.
26
       The parties also agree that any delay resulting from this continuance shall
27
be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).
28

                                      1

1   Interests of the defendant outweigh the interests of the public with the good

2   cause finding.

3

4   DATED:  March 27, 2013              /s/ Laurel J. Montoya           __
                                        LAUREL J. MONTOYA
5                                       Assistant United States Attorney
                                        **This was agreed to by Ms. Montoya**
6                                       **via email on March 27, 2013**

7
    DATED:  March 27, 2013              /s/ Roger K. Litman         __
8                                       ROGER K. LITMAN
                                        Attorney for Defendant
9                                       GONZALO RUIZ

10

11

12
    IT IS SO ORDERED.
13

14  Dated:    March 27, 2013

15                                       _____
                                           SENIOR  DISTRICT  JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

2