# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**GONZALO FLORES RUIZ** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **1:11CR00375-1**<br>Defendant's Attorney: Fredric Jon Gagliardini, Appointed |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charges <u>1, 2, 3, 4, 5, and 6</u> as alleged in the violation petition filed on <u>12/20/2017</u>.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| Charge 1 | Unlawful Use of a Controlled Substance | October 5 and November 21, 2017 |
| Charge 2 | Unlawful Use of a Controlled Substance | October 20, 2017 |
| Charge 3 | Unlawful Use of a Controlled Substance | November 6, 2017 |
| Charge 4 | Failure to Participate in Drug Testing as Directed | November 10 and 29, 2017 |
| Charge 5 | Failure to Participate in Counseling Appointment as Directed | September 27 and November 29, 2017 |
| Charge 6 | Unlawful Use of a Controlled Substance | December 4, 2017 |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  <u>4/15/2013</u>.

   The defendant is sentenced as provided in pages 1 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   Appeal Rights GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

   It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/9/2018
Date of Imposition of Sentence

*/s/ Dale A. Drozd*
Signature of Judicial Officer

**DALE A. DROZD**, United States District Judge
Name & Title of Judicial Officer

4/12/2018
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for term of:
<u>5 months.</u>

[ ]      No TSR: Defendant shall cooperate in the collection of DNA.

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before ___ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.
         If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
United States Marshal

_____
By Deputy United States Marshal